Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
ATTORNEY FOR NATURAL FASHIONS, INC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| SHAH NAWAZ FARASH, and | § | CASE NO. 22-41353-mxm13 |
| NIGHAT SHAH FARASH | § | CHAPTER 13 |
| | § | |
| | § | |
| Debtors. | § | |

**NOTICE OF EXPEDITED HEARING**

PLEASE TAKE NOTICE that an expedited hearing on the *Motion to Dismiss Bankruptcy Case* [Docket No. 56] filed by Natural Fashions, Inc. will be held on **November 17, 2022 at 8:30 a.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court, 501 W. 10th Street, Room 120, Fort Worth, Texas 76102. Parties may appear in person or via Webex Video Conference. The Webex link may be accessed here: https://us-courts.webex.com/meet/mullin. To appear telephonically, dial 1-650-479-3207 and enter Meeting ID 474 603 746. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

Dated: November 4, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Natural Fashions, Inc.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 4, 2022, a true and correct copy of the foregoing document was served upon the parties receiving electronic notice in this case listed below and via United States first class mail, postage prepaid, upon the remaining parties on the attached service list.

Pam Bassel
fwch13cmecf@fwch13.com

Pam Bassel on behalf of Trustee Pam Bassel
fwch13cmecf@fwch13.com

Eboney D. Cobb on behalf of Creditor Crowley ISD
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Lisa Large Evans on behalf of Creditor Tarrant County
Lisa.Evans@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.french@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Joyce W. Lindauer on behalf of Creditor Natural Fashions, Inc.
joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com

Candace Meryl Murphy on behalf of Creditor CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper.
ecfnotices@sissaclegalgroup.com, cmurphy@sissaclegalgroup.com

Warren V. Norred on behalf of Debtor Shah Nawaz Farash
warren@norredlaw.com, anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred on behalf of Joint Debtor Nighat Shah Farash
warren@norredlaw.com, anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

David L. Pritchard on behalf of Creditor Natural Fashions, Inc.
david@dlplegal.com, pritchardlawfirm@ecf.courtdrive.com

Grant Matthew Tabor on behalf of Creditor CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper.
LOGSECF@logs.com, gtabor@logs.com

Grant Matthew Tabor on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper
LOGSECF@logs.com, gtabor@logs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

                                              */s/ Joyce W. Lindauer*
                                              Joyce W. Lindauer

## WebEx Hearing Instructions
## Judge Mark X. Mullin

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Mark Mullin are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Meeting ID: 474 603 746

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are required to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings.** For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated.**

- All WebEx hearing attendees are required to comply with Judge Mullin's Telephonic and Videoconference Hearing Policy (included within Judge Mullin's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy

**Exhibit Requirements:**

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Mullin's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates.

- When electronically filing the Notice of Hearing via CM/ECF select "**athttps://us-courts.webex.com/meet/mullin**" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Mullin's Fort Worth courtroom as the location for the hearing.

# EXHIBIT "A"

# SERVICE LIST





Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530-0001



Avant/WebBank
222 North LaSalle Street Suite 1600
Chicago, IL 60601-1112

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102-3008

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Comenity/Burlington
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125



Cws/cw Nexus
Attn: Card Services
PO Box 9201
Old Bethpage, NY 11804-9001

Fair Square Financial LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346





LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mercury/FBT
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908-4064

Merrick Bank
P.O. Box 660702
Dallas, TX 75266-0702





Mrc/united Wholesale M
Attn: Bankruptcy P. O. Box 619098
Dallas, TX 75261-9098

NMAC
Attn: Bankruptcy
PO Box 660366
Dallas, TX 75266-0366

Natural Fashions, Inc.
25 Jordans Pl #1
Chico, CA 95973-8742

Nissan Motor Acceptance Company LLC
fka Nissan Motor Acceptance Corporation
PO Box 9013
Addison, Texas 75001-9013



Ollo Card Services
Attn: Bankruptcy
PO Box 9222
Old Bethpage, NY 11804-9222





Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Mercury Financial/First Bank & Trust
PO Box 788
Kirkland, WA  98083-0788

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528



Synchrony/Amazon
PO Box 960013
Orlando, FL 32896-0013

Tax Division-US Department of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201-6598

Texas Alcoholic Bev. Comm.
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711-2548

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

Thomas D. McClintock
819 West Arapaho Road 24B #164
Richardson, TX 75080-5045

U.S. Attorney-North
3rd. Floor, 1100 Commerce St.
Dallas, TX 75242

Wendy Burgess-Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196-0206

Nighat Shah Farash
6833 Beverly Glen Dr.
Fort Worth, TX 76132-3555

Shah Nawaz Farash
6833 Beverly Glen Dr.
Fort Worth, TX 76132-3555