Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
Attorneys for NATURAL FASHIONS, INC.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| | § |
| SHAH NAWAZ FARASH, and | §  CASE NO. 22-41353-mxm13 |
| NIGHAT SHAH FARASH | §  Chapter 13 |
| | § |
| **Debtors** | § |

### WITNESS AND EXHIBIT LIST FOR HEARING ON MOTION TO DISMISS BANKRUPTCY CASE

COMES NOW Natural Fashions, Inc. ("Movant"), a creditor in the above-styled and numbered bankruptcy case, and files this its *Witness and Exhibit List for Hearing on Motion to Dismiss Bankruptcy Case* scheduled on November 17, 2022.

### Witnesses

At the hearing, Movant may call the following persons to testify as witnesses:

1. Shah Nawaz Farash

2. Nighat Shah Farash

3. Punnu Chopra

4. Henry Welles

5. Thomas D. McClintock

6. Any witness designated by any other party

# Exhibits

At the hearing Movant may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet (Case No. 22-41353) | | |
| 2 | Monthly Income Statements (Dec. 2021-May 2022) (Case No. 22-41353, Dkt. No. 25) | | |
| 3 | Debtors' Schedules A-J (Case No. 22-41353, Dkt. No. 21) | | |
| 4 | Debtors' Statement of Financial Affairs (Case No. 22-41353, Dkt. No. 23) | | |
| 5 | Claims Register (Case No. 22-41353) | | |
| 6 | Debtors' Chapter 13 Plan (Case No. 22-41353, Dkt. No. 26) | | |
| 7 | Motion to Dismiss Case (Case No. 22-41353, Dkt. No. 56) | | |
| 8 | Transcript of Proceedings dtd June 12, 2020 (Case No. 18-04160, Dkt. No. 54) | | |
| 9 | Final Judgment of Non-Dischargeability (Case No. 18-04160, Dkt. No. 56) | | |
| 10 | Abstract of Judgment dtd Aug. 17, 2016 (Case No. 141-286054-16) | | |
| 11 | Abstract of Judgment dtd Sep. 16, 2020 (Case No. 141-286054-16) | | |
| 12 | Letter from Receiver Thomas D. McClintock dtd Jul. 18, 2022, re: Disposition of Funds from BOK Accounts (Case No. 141-286054-16) | | |
| 13 | Complaint for Copyright Infringement (E.D. CA Case No. 2:15-CV-0033, Dkt. No. 1) | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 14 | Order Granting Motion for Default Judgment (E.D. CA Case No. 2:15-CV-0033, Dkt. No. 25) | | |
| 15 | Motion for Contempt, to Compel Compliance with Final Judgment of Injunction, for Coercive Sanction, and for Award for Compensatory Attorney Fees (E.D. CA Case No. 2:15-CV-0033, Dkt. No. 42) | | |
| 16 | Order Granting Motion for Contempt, to Compel Compliance with Final Judgment of Injunction, for Coercive Sanction, and for Award for Compensatory Attorney Fees (E.D. CA Case No. 2:15-CV-0033, Dkt. No. 49) | | |
| 17 | Kirby Drake Letter to Martha Geis dtd Nov. 5, 2019 re: Natural Fashions - Copyright Registrations | | |
| 18 | Kirby Drake Letter to Lynne Arnold dtd Aug. 21, 2021 re: Natural Fashions – Copyright Registrations | | |
| 19 | Kirby Drake Letter to Lynne Urquhart dtd Sep. 16, 2021 re: Natural Fashions – Copyright Registrations | | |
| 20 | Kirby Drake Letter to Marc Austin dtd Aug. 23, 2021 re: Natural Fashions – Copyright Registrations | | |
| 21 | Patternsbay website (1) marketing of garment as of April 9, 2022 | | |
| 22 | Patternsbay website (2) marketing of garment as of April 9, 2022 | | |
| 23 | Images from Parker Trade Show, San Antonio, Texas on Nov. 11-13, 2022 | | |
| | Any exhibits identified by any other party | | |

Movant reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Movant further reserves the right to supplement this list prior to the hearing.

Dated: November 14, 2022.

                Respectfully Submitted

                */s/ Joyce W. Lindauer*
                Joyce W. Lindauer
                State Bar No. 21555700
                Joyce W. Lindauer Attorney, PLLC
                1412 Main Street, Suite 500
                Dallas, Texas 75202
                Telephone: (972) 503-4033
                Facsimile: (972) 503-4034
                Attorneys for Natural Fashions, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 14, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's CM/ECF system upon the parties receiving electronic notice in this case listed below.

Pam Bassel
fwch13cmecf@fwch13.com

Pam Bassel on behalf of Trustee Pam Bassel
fwch13cmecf@fwch13.com

Eboney D. Cobb on behalf of Creditor Crowley ISD
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Lisa Large Evans on behalf of Creditor Tarrant County
Lisa.Evans@lgbs.com, Dora.Casiano-Perez@lgbs.com;Sean.french@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Joyce W. Lindauer on behalf of Creditor Natural Fashions, Inc.
joyce@joycelindauer.com, dian@joycelindauer.com;12113@notices.nextchapterbk.com

Candace Meryl Murphy on behalf of Creditor CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper.
ecfnotices@sissaclegalgroup.com, cmurphy@sissaclegalgroup.com

Warren V. Norred on behalf of Debtor Shah Nawaz Farash
warren@norredlaw.com,
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

Warren V. Norred on behalf of Joint Debtor Nighat Shah Farash
warren@norredlaw.com,
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net

David L. Pritchard on behalf of Creditor Natural Fashions, Inc.
david@dlplegal.com, pritchardlawfirm@ecf.courtdrive.com

Grant Matthew Tabor on behalf of Creditor CONVENTIONAL/ FHA/VA/RHS: Nationstar Mortgage LLC d/b/a Mr. Cooper.
LOGSECF@logs.com, gtabor@logs.com

Grant Matthew Tabor on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper
LOGSECF@logs.com, gtabor@logs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov


/s/ Joyce W. Lindauer
Joyce W. Lindauer