Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

In re:

Shah Nawaz Farash and Nighat Shah Farash,

Debtors,

Case No. 22-41353-mxm
Chapter 13

### DEBTORS' RESPONSE TO TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

Shah Nawaz Farash and Nighat Shah Farash, ("Debtors") file this response opposed to the

*Trustee's Recommendation Concerning Claims and Plan Modification (if Required)* [ECF No. 93]

in the above-captioned bankruptcy proceeding.

1.      On February 22, 2023, the Trustee filed a Recommendation Concerning Claims and Plan

Modification listing Natural Fashions Inc. as a secured creditor and providing treatment of direct

payments by the Debtors ("TRCC").

2.      The Debtors object to the TRCC because Natural Fashions is not a secured creditor and

should be paid along with the other unsecured creditors under their chapter 13 plan.

3.      Contemporaneous with this objection, the Debtors are filing an objection to Natural

Fashions Inc.'s proof of claim number 13, requesting the Court to determine that claim number 13

is wholly unsecured. *See* ECF No. 95.

DATED: March 23, 2023.                     Respectfully submitted:


                                           By:     /s/ Clayton L. Everett
                                           Clayton L. Everett | State Bar No. 24065212
                                           clayton@norredlaw.com
                                           Norred Law, PLLC
                                           515 E. Border St.; Arlington, Texas 76010
                                           Telephone: (817)704-3984
                                           Attorney for Shah Farash and Nighat Farash


## CERTIFICATE OF SERVICE

       I hereby certify that on March 23, 2023, a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

*Via CM/ECF and US Mail to Natural Fashions. Inc.*:     *Via CM/ECF to Chapter 13 Trustee:*

The Pritchard Law Firm, PLLC                  Pam Bassel
1244 Southridge Court, Suite 102              7001 Blvd. 26, Ste. 150
Hurst, TX 76053                               North Richland Hills, TX 76180

Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202



                              */s/ Clayton L. Everett*
                              Clayton L. Everett