Official Form 410C13-M1R (12/25)

United States Bankruptcy Court

Northern District of Texas

In re Shah Nawaz Farash dba BOK Style, LLC and
Nighat Shah Farash dba Best of Kashmir , Debtor     Case No. 22-41353-mxm13

Chapter 13

## Response to Trustee's Motion Under Rule 3002.1(f)(1) to Determine the Status of the Mortgage Claim

Rocket Mortgage, LLC s/b/m Nationstar
Mortgage LLC (claim holder) states as follows:

1. The following information relates to the mortgage claim at issue:

**Name of Claim Holder:** Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC     **Court claim no**. (if known): 14

**Last 4 digits** of any number used to identify the debtor's account: ******2445

**Property address:** 6833 Beverly Glen Dr

| Fort Worth | TX | 76132 |
|---|---|---|
| City | State | ZIP Code |

2. Arrearages

The total amount received to cure any arrearages as of the date of this response is

$ 2,813.32 .

Check all that apply:

☐ As of the date of this response, the debtor has paid in full the amount required to cure any arrearage on this mortgage claim.

☐ As of the date of this response, the debtor has not paid in full the amount required to cure any prepetition arrearage on this mortgage claim. The total prepetition arrearage amount remaining unpaid as of the date of this response is:

$ .

☒ As of the date of this response, the debtor has not paid in full the amount required to cure any postpetition arrearage on the mortgage claim.  The total postpetition arrearage amount remaining unpaid on the date of this response is:

$ 400.00 .

3.  Postpetition Payments

(a)  Check all that apply:

☐  The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒  The debtor is not current on all postpetition payments. The debtor is obligated for the postpetition payment(s) that first became due on:  __01/01/2026__ .

☒  The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim holder attaches a payoff statement and provides the following information as of the date of this response:

i.   Date last payment was received on the mortgage:   __01/28/2026__

ii.  Date next postpetition payment from the debtor is due:   __01/01/2026__

iii. Amount of the next postpetition payment that is due:   $__859.30__

iv.  Unpaid principal balance of the loan:   $__52,922.00__

v.   Additional amounts due for any deferred or accrued interest:   $__420.02__

vi.  Balance of the escrow account:   $__1,824.87__

vii. Balance of unapplied funds or funds held in a suspense account:   $__49.68__

viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:   $__400.00__

4. Itemized Payment History

Include if applicable:

Because the claim holder asserts that the arrearages have not been paid in full or states that the debtor is not current on all postpetition payments or that fees, charges, expenses, escrow, and costs are due and owing, the claim holder attaches an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;

- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

[5. If needed, add other information relevant to the response.]

_Anthony Schroeder_                                      Date _2/10/2026_
Signature

Print _Anthony Schroeder_                    Title _Agent for Creditor_
                        Name

Company _Aldridge Pite, LLP_

If different from the notice address listed on the proof of claim to which this response applies:

Address _Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700_
        Number          Street

        _Atlanta_          _GA_          _30305_
        City          State          ZIP Code

Contact phone _(404 ) 994-7400_          Email _aschroeder@aldridgepite.com_

The person completing this response must sign it.  Check the appropriate box:

☐ I am the claim holder.
☒ I am the claim holder's authorized agent.

| Debtor | Shah Nawaz Farash dba BOK Style, LLC & Nighat Shah Farash dba Best of Kashmir |
|---|---|
| BK filed date | 6/16/2022 |
| BK Case # | 22-41353 |
| Post Next Due | 01/01/26 |
| Suspense | $49.68 |

| Filed POC - First Post Payment | | 7/1/2022 | $ | 911.58 |
|---|---|---|---|---|
| Payment Changes | Filed Date | Effective Date | Amount | |
| Escrow | 6/28/2023 | 9/1/2023 | $ | 877.50 |
| Escrow | 6/26/2024 | 8/1/2024 | $ | 809.62 |
| Escrow | 6/30/2025 | 8/1/2025 | $ | 859.30 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |

| | Amount Due | Date | Suspense | |
|---|---|---|---|---|
| Next Due | $ 859.30 | 1/1/2026 | $ | 49.68 |

| Date Received | Amount Received | | | Amount Due | Post-Petition Due date | Suspense Balance |
|---|---|---|---|---|---|---|
| | | | | | | |
| 7/11/2022 | $ 911.58 | | $ | - | | $ 911.58 |
| 7/12/2022 | $ - | | $ | 911.58 | 7/1/2022 | $ - |
| 8/15/2022 | $ 911.58 | | $ | - | | $ 911.58 |
| 8/16/2022 | $ - | | $ | 911.58 | 8/1/2022 | $ - |
| 9/15/2022 | $ 911.58 | | $ | - | | $ 911.58 |
| 9/16/2022 | $ - | | $ | 911.58 | 9/1/2022 | $ - |
| 10/13/2022 | $ 911.58 | | $ | - | | $ 911.58 |
| 10/14/2022 | $ - | | $ | 911.58 | 10/1/2022 | $ - |
| 11/10/2022 | $ 911.58 | | $ | - | | $ 911.58 |
| 11/11/2022 | $ - | | $ | 911.58 | 11/1/2022 | $ - |
| 12/8/2022 | $ 911.58 | | $ | - | | $ 911.58 |
| 12/9/2022 | $ - | | $ | 911.58 | 12/1/2022 | $ - |
| 1/5/2023 | $ 911.58 | | $ | - | | $ 911.58 |
| 1/6/2023 | $ - | | $ | 911.58 | 1/1/2023 | $ - |
| 2/2/2023 | $ 911.58 | | $ | - | | $ 911.58 |
| 2/3/2023 | $ - | | $ | 911.58 | 2/1/2023 | $ - |
| 3/2/2023 | $ 911.58 | | $ | - | | $ 911.58 |
| 3/3/2023 | $ - | | $ | 911.58 | 3/1/2023 | $ - |
| 3/30/2023 | $ 911.58 | | $ | - | | $ 911.58 |

| Date | $ | | $ | Date | $ |
|---|---|---|---|---|---|
| 3/31/2023 | $ - | | $ 911.58 | 4/1/2023 | $ - |
| 4/27/2023 | $ 911.58 | | $ - | | $ 911.58 |
| 4/28/2023 | $ - | | $ 911.58 | 5/1/2023 | $ - |
| 5/25/2023 | $ 911.58 | | $ - | | $ 911.58 |
| 5/30/2023 | $ - | | $ 911.58 | 6/1/2023 | $ - |
| 6/22/2023 | $ 911.58 | | $ - | | $ 911.58 |
| 6/23/2023 | $ - | | $ 911.58 | 7/1/2023 | $ - |
| 7/20/2023 | $ 911.58 | | $ - | | $ 911.58 |
| 7/21/2023 | $ - | | $ 911.58 | 8/1/2023 | $ - |
| 8/17/2023 | $ 911.58 | | $ - | | $ 911.58 |
| 8/18/2023 | $ - | | $ 877.50 | 9/1/2023 | $ 34.08 |
| 9/14/2023 | $ 911.58 | | $ - | | $ 945.66 |
| 9/15/2023 | $ - | | $ 877.50 | 10/1/2023 | $ 68.16 |
| 10/12/2023 | $ 911.58 | | $ - | | $ 979.74 |
| 10/13/2023 | $ - | | $ 877.50 | 11/1/2023 | $ 102.24 |
| 11/10/2023 | $ 911.58 | | $ - | | $ 1,013.82 |
| 11/13/2023 | $ - | | $ 877.50 | 12/1/2023 | $ 136.32 |
| 12/7/2023 | $ 911.58 | | $ - | | $ 1,047.90 |
| 12/8/2023 | $ - | | $ 877.50 | 1/1/2024 | $ 170.40 |
| 1/4/2024 | $ 911.58 | | $ - | | $ 1,081.98 |
| 1/5/2024 | $ - | | $ 877.50 | 2/1/2024 | $ 204.48 |
| 2/1/2024 | $ 911.58 | | $ - | | $ 1,116.06 |
| 2/2/2024 | $ - | | $ 877.50 | 3/1/2024 | $ 238.56 |
| 2/29/2024 | $ 911.58 | | $ - | | $ 1,150.14 |
| 3/1/2024 | $ - | | $ 877.50 | 4/1/2024 | $ 272.64 |
| 3/28/2024 | $ 911.58 | | $ - | | $ 1,184.22 |
| 3/29/2024 | $ - | | $ 877.50 | 5/1/2024 | $ 306.72 |
| 4/25/2024 | $ 911.58 | | $ - | | $ 1,218.30 |
| 4/26/2024 | $ - | | $ 877.50 | 6/1/2024 | $ 340.80 |
| 5/23/2024 | $ 911.58 | | $ - | | $ 1,252.38 |
| 5/24/2024 | $ - | | $ 877.50 | 7/1/2024 | $ 374.88 |
| 6/19/2024 | $ - | | $ 374.88 | $ - | $ - |
| 6/21/2024 | $ 911.58 | | $ - | | $ 911.58 |
| 6/24/2024 | $ - | | $ 809.62 | 8/1/2024 | $ 101.96 |
| -- | $ - | | $ - | | $ 101.96 |
| 9/10/2024 | $ 707.66 | | $ - | | $ 809.62 |
| 9/11/2024 | $ - | | $ 809.62 | 9/1/2024 | $ - |
| -- | $ - | | $ - | | $ - |
| 10/16/2024 | $ 809.62 | | $ - | | $ 809.62 |
| 10/17/2024 | $ - | | $ 809.62 | 10/1/2024 | $ - |
| -- | $ - | | $ - | | $ - |
| -- | $ - | | $ - | | $ - |
| 12/10/2024 | $ 1,619.24 | | $ - | | $ 1,619.24 |
| 12/11/2024 | $ - | | $ 809.62 | 11/1/2024 | $ 809.62 |
| 12/11/2024 | $ - | | $ 809.62 | 12/1/2024 | $ - |
| 1/29/2025 | $ 809.62 | | $ - | | $ 809.62 |
| 1/30/2025 | $ - | | $ 809.62 | 1/1/2025 | $ - |
| -- | $ - | | $ - | | $ - |
| 2/28/2025 | $ 806.92 | | $ - | | $ 806.92 |
| -- | $ - | | $ - | | $ 806.92 |
| 4/2/2025 | $ 809.62 | | $ - | | $ 1,616.54 |
| 4/3/2025 | $ - | | $ 809.62 | 2/1/2025 | $ 806.92 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| -- | $ | - | | $ | - | | $ | 806.92 |
| 5/14/2025 | $ | 1,619.24 | | $ | - | | $ | 2,426.16 |
| 5/15/2025 | $ | - | | $ | 809.62 | 3/1/2025 | $ | 1,616.54 |
| 5/15/2025 | $ | - | | $ | 809.62 | 4/1/2025 | $ | 806.92 |
| -- | $ | - | | $ | - | | $ | 806.92 |
| 7/3/2025 | $ | 1,621.94 | | $ | - | | $ | 2,428.86 |
| -- | $ | - | | $ | - | | $ | 2,428.86 |
| 7/7/2025 | $ | - | | $ | 809.62 | 5/1/2025 | $ | 1,619.24 |
| 7/7/2025 | $ | - | | $ | 809.62 | 6/1/2025 | $ | 809.62 |
| -- | $ | - | | $ | - | | $ | 809.62 |
| -- | $ | - | | $ | - | | $ | 809.62 |
| 9/4/2025 | $ | 908.98 | | $ | - | | $ | 1,718.60 |
| 9/5/2025 | $ | - | | $ | 809.62 | 7/1/2025 | $ | 908.98 |
| 9/5/2025 | $ | - | | $ | 859.30 | 8/1/2025 | $ | 49.68 |
| -- | $ | - | | $ | - | | $ | 49.68 |
| -- | $ | - | | $ | - | | $ | 49.68 |
| 11/6/2025 | $ | 1,718.60 | | $ | - | | $ | 1,768.28 |
| 11/7/2025 | $ | - | | $ | 859.30 | 9/1/2025 | $ | 908.98 |
| 11/7/2025 | $ | - | | $ | 859.30 | 10/1/2025 | $ | 49.68 |
| 12/2/2025 | $ | 1,668.92 | | $ | - | | $ | 1,718.60 |
| 12/3/2025 | $ | - | | $ | 859.30 | 11/1/2025 | $ | 859.30 |
| -- | $ | - | | $ | - | | $ | 859.30 |
| 1/28/2026 | $ | 49.68 | | $ | - | | $ | 908.98 |
| 1/29/2026 | $ | - | | $ | 859.30 | 12/1/2025 | $ | 49.68 |
| -- | $ | - | | $ | - | | $ | 49.68 |

**Fill in this information to identify the case:**

Debtor 1: <u>Shah Nawaz Farash a/k/a Shahnawaz Shah Farash a/k/a, dba BOK Style, LLC</u>

Debtor 2: <u>Nighat Shah Farash a/k/a, dba Best of Kashmir</u>
      (Spouse, if filing)

United States Bankruptcy Court for the <u>Northern District of TX</u>
                                      (State)

Case number: <u>22-41353-mxm13</u>

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim.  See Bankruptcy Rule 3002.1.

**Name of Creditor:** <u>Nationstar Mortgage LLC</u>                 **Court Claim No.** (if known): <u>14</u>

**Last four digits** of any number
you use to identify the debtor's          <u>XXXXXX2445</u>
account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes.  Date of last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | 08/25/2022 Proof of Claim | (5) | $250.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses.  Specify: _____ | | (10) | $0.00 |
| 11. | Plan Review | 07/26/2022 | (11) | $150.00 |
| 12. | POC 410A Preparation | | (12) | $0.00 |
| 13. | Other. Specify: _____ | | (13) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2:   Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐  I am the creditor.

☐  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Grant M. Tabor
_____
Signature

Date: November 29, 2022

**Print:**

Grant M. Tabor 24027905
H. Gray Burks IV 03418320
First Name          Middle Name          Last Name

Title  Attorney

Company      Law Office of Gerald M. Shapiro, LLP

Address      13105 Northwest Freeway, Suite 960
Number          Street

Houston, TX 77040
City                          State      ZIP Code

Contact phone      (713) 462-2565

Email  logsecf@logs.com

```
                                                                           2/06/26
                              Payoff Quote Include/Omit Items               09:50:05
                                                                           CPY-EDT
                         ================================================

              PO Dt  2/26/26      Int Paid To      12/01/25
              Sub Code   00       Next Due Dt        1/01/26     Int Rate      3.375
Prin Bal        52,922.00         Per Diem Int          4.89     Int Calcs    420.02
Optional Items to I-Include or O-Omit:                          Plan Number   00001
I  Escrow Balance              1,824.87      O  Total Late Charges          .00
   Interest on Escrow               .00      I  Total NSF Charges           .00
I  Escrow Advance                   .00      O  Optional Ins Payment        .00
I  Misc Suspense Bal              49.68      O  Prepayment Penalty          .00
I  Forbearance Bal                  .00      O  Mortgage Ins Premium        .00
O  Subsidy                          .00      O  Other Fees Due              .00
O  Hazard Suspense Bal              .00      O  Rebate Points Financed    0000000
   Int on Hazard Loss               .00      I  Deferred Principal          .00
O  Inv. Advance                     .00      O  Recording Fee     0000000000000
I  Corp Advance Bal             400.00-      I  Quote fee         0000000000000
O  Corp Expense Bal                 .00      O  Oth2  COUNTY RECORDING FEE  0000000002300
O  Default Int Due                  .00      O  Oth1  ANTICIPATED FEE      0000000000000  +
I  Deferred Int                     .00      O  MBS Liq Difference          .00
O  Prepaid Ins Rebate               .00
_  Partial Claims                   .00
Accept Quote - Y/N N                                   PO Amt        51,867.47


  F11=Corp Adv   F12=Return   F13=Opt Ins    F14=Corp Expense    F24=More keys
```

# Delaware

Page 1

The First State

I, CHARUNI PATIBANDA-SANCHEZ, SECRETARY OF STATE OF THE

STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND

CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"NATIONSTAR SUB2 LLC", A DELAWARE LIMITED LIABILITY COMPANY,

"NATIONSTAR SUB1 LLC", A DELAWARE LIMITED LIABILITY COMPANY,

"NATIONSTAR MORTGAGE LLC", A DELAWARE LIMITED LIABILITY

COMPANY,

WITH AND INTO "ROCKET MORTGAGE, LLC" UNDER THE NAME OF

"ROCKET MORTGAGE, LLC", A LIMITED LIABILITY COMPANY ORGANIZED

AND EXISTING UNDER THE LAWS OF THE STATE OF MICHIGAN, AS

RECEIVED AND FILED IN THIS OFFICE ON THE THIRTIETH DAY OF

JANUARY, A.D. 2026, AT 11:25 O`CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF

THE AFORESAID CERTIFICATE OF MERGER IS THE SECOND DAY OF

FEBRUARY, A.D. 2026.





Charuni Patibanda-Sanchez, Secretary of State

Date: 01-30-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:25 AM 01/30/2026
FILED 11:25 AM 01/30/2026

# STATE OF DELAWARE
## CERTIFICATE OF MERGER OF
## DOMESTIC LIMITED LIABILITY COMPANIES
## INTO FOREIGN LIMITED LIABILITY COMPANY

Pursuant to Title 6, Section 18-209(c) of the Delaware Limited Liability Company Act, the undersigned foreign limited liability company executed the following Certificate of Merger:

**FIRST**: The name of the surviving foreign limited liability company is Rocket Mortgage, LLC, a Michigan limited liability company, and the name of the Delaware limited liability companies being merged into the foreign limited liability company are Nationstar Sub1 LLC, Nationstar Sub2 LLC and Nationstar Mortgage LLC.

**SECOND**: The Agreement and Plan of Merger has been approved and executed by each of the constituent limited liability companies in accordance with Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD**: The name of the surviving foreign limited liability company is Rocket Mortgage, LLC.

**FOURTH**: The merger is to become effective on February 2, 2026.

**FIFTH**: The Agreement and Plan of Merger is on file at 1050 Woodward Avenue, Detroit, MI 48226, a place of business of the surviving foreign limited liability company.

**SIXTH**: A copy of the Agreement and Plan of Merger will be furnished by the surviving foreign limited liability company, on request and without cost, to any member of the Delaware limited liability companies or any person holding an interest in the foreign limited liability company.

**SEVENTH**: The surviving foreign limited liability company agrees that it may be served with process in the State of Delaware in any action, suit or proceeding for the enforcement of any obligation of the Delaware limited liability companies, and irrevocably appoints the Secretary of State of Delaware as its agent to accept service of process in an such action, suit or proceeding. The Secretary of State shall mail any such process to the surviving foreign limited liability company at 40600 Ann Arbor Road East, Suite 201, Plymouth, MI 48170.

**IN WITNESS WHEREOF**, said foreign limited liability company has caused this certificate to be signed by an authorized person, the 30th day of January, A.D., 2026.

By: _____
Authorized Person

Name: _Amy Bishop_____
Print or Type

4928-9089-2897



## STATE OF MICHIGAN
## CSCL/CD - 750 CERTIFICATE OF MERGER FOR USE BY DOMESTIC LIMITED LIABILITY COMPANIES

Corporations Division Administrator

# FILED

Filed Date: 1/30/2026
Effective Date: 2/2/2026

01/30/2026 Received by Michigan Corporations Division

---

Certificate of Merger for use by Limited Liability Companies

*Pursuant to the provisions of Act 23, Public Acts of 1993, the undersigned execute the following Certificate of Merger:*

Names of each constituent Limited Liability Company

The name of the surviving limited liability company:        ROCKET MORTGAGE, LLC

The identification number:

| The name of the nonsurviving limited liability company |
| --- |
| NATIONSTAR MORTGAGE LLC 801856607 |
| NATIONSTAR SUB1 LLC |
| NATIONSTAR SUB2 LLC |

There are no changes to be made to the Articles of Organization of the surviving limited liability company

**The plan of merger has been approved by the members of the constituent company in accordance with section 702(1).**

**The merger is permitted by the law of the jurisdiction under whose law each foreign constituent company is organized and each foreign constituent company has complied with that law in effecting the merger.**

Filing Effective Date

The filing will be effective:                                    select the future date the document takes effect (within 90 days).

Effective Date:                                                02/02/2026

Attestations

☒  I understand that the information I enter into the online system is public information and will appear online and on copy requests exactly as I enter it into the system.

☒  I have been authorized by the business entity to file this document online.

☒  I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.

**This Certificate is hereby signed as required by Section 103 of the Act.**

| Domestic Constituent Name |
| --- |
| ROCKET MORTGAGE, LLC |

*Authorized Agent*                    *Amy Bishop*                                    *01/30/2026*

Signer's Capacity                    On behalf of ROCKET MORTGAGE, LLC            Date

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Motion to Determine the Status of the Mortgage Claim was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>February 11, 2026</u>

| | |
|---|---|
| Chapter 13 Trustee: | Pam Bassel |
| Trustee Address: | Office of The Standing Ch.13 Trustee |
| | 860 Airport Freeway |
| | Suite 150 |
| | Hurst, TX 76054 |
| Trustee Email: | Bassel341docs@fwch13.com |
| | |
| Debtor's Counsel Name: | Warren V. Norred |
| Debtor's Counsel Address: | Norred Law, PLLC |
| | 515 E. Border Street |
| | Arlington, TX 76010 |
| Debtor's Counsel Email: | warren@norredlaw.com |
| | |
| Debtor 1 Name: | Shah Nawaz Farash |
| Debtor 2 Name: | Nighat Shah Farash |
| Debtor's Mailing Address: | 6833 Beverly Glen Dr. |
| | Fort Worth, TX 76132 |

/s/ Anthony Schroeder